Kilary L. Barnes

_____
Honorable Hilary L. Barnes
United States Bankruptcy Judge

CHRISTINA W. LOVATO
P.O. Box 18417
Reno, Nevada  89511
(775) 851-1424
trusteelovato@att.net
Bankruptcy Trustee

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| IN RE: | ) BK-N-26-50226-HLB |
| | ) CHAPTER 7 |
| COBB, RONALD ROBERT, | ) |
| | ) **ORDER EXTENDING TIME TO OBJECT** |
| | ) **TO THE DISCHARGE OF DEBTOR** |
| | ) |
| DEBTOR | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| _____ | ) |

The Court has considered <u>Trustee's Motion for Order Extending Time to Object to the Discharge of Debtor</u> ("Motion") filed on June 8, 2026 (DE 26).  The Court finds that the Motion was properly served, that no party timely opposed the relief requested, and that cause exists to grant the Motion for the reasons and on the grounds stated therein.

**IT IS HEREBY ORDERED** that the time in which the Trustee, or the Office of the U.S. Trustee, may file a complaint objecting to the discharge of Debtor or a motion to dismiss is hereby extended to **September 30, 2026**.

 Submitted by:

 */s/ Christina W. Lovato*
Christina W. Lovato, Trustee

# # #